# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | | |
|---|---|---|---|
| **DONALD J. TRUMP,** | ) | | |
| Plaintiff | ) | 1:20-CV-5310 MHC | |
| v. | ) | | |
| **BRIAN P. KEMP; BRAD RAFFENSPERGER,** | ) ) | Appearing on behalf of: | |
| Defendant | ) | DONALD J. TRUMP | |
| | ) | Plaintiff | |

## APPLICATION FOR ADMISSION PRO HAC VICE

**Applicant, John Charles Eastman,** hereby requests permission to appear *pro hac vice* in the subject case filed in the Atlanta Division of the United States District Court for the Northern District of Georgia. **Applicant** states under penalty of perjury that he is not a member of the State Bar of Georgia but is a member in good standing of the United States court and/or the highest court of a state as listed below in this application, as well as all other courts identified. **Applicant** states that he has provided all information requested on the subsequent pages of this application. **Applicant** designates **Kurt R. Hilbert** as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel section.

This 4th day of January, 2021.

              ____/s/ John Charles Eastman___
                Signature of John Charles Eastman

**1:20-CV-5310 MHC**

### COURTS TO WHICH APPLICANT IS ADMITTED

California; District of Columbia; the Supreme Court of the United States; the U.S. Courts of Appeals for the First, Second, Third, Fourth, Sixth, Eighth, Ninth, Tenth, Eleventh, and D.C. Circuits; and the U.S. District Courts for the Central, Northern, Eastern, and Southern Districts of California.

### NDGA CASES IN WHICH APPLICANT HAS APPEARED

**Attorney has not previously appeared in any cases in the Northern District of Georgia.**

### APPLICANT INFORMATION

| | |
|---|---|
| **Name of Applicant:** | John Charles Eastman |
| **Residence Address:** | 4260 Greenbriar Blvd |
| | Boulder, CO 80305 |
| **Business Address:** | Self |
| | 174 W. Lincoln Ave, #620 |
| | Anaheim, CA 92805 |
| **Business Phone:** | (909) 257-3869 |
| **Email Address:** | jeastman562@gmail.com |

**1:20-CV-5310 MHC**

### **CONSENT OF DESIGNATED LOCAL COUNSEL**

I, **Kurt R. Hilbert**, designated local counsel for the subject case, maintain an office in the Northern District of Georgia. I have verified the bar admission status of **Applicant**. I agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and to accept papers when served. I recognize my responsibility and full authority to act on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences, and trials, should the **Applicant** fail to respond to any Court order for appearance or otherwise. I further recognize that I must authorize and sign all pleadings and other papers filed in the case by the **Applicant** and that I also am subject to the requirements of Fed. R. Civ. P. 11.

This 4th day of January, 2021.

| | |
|---|---|
| 352877 | ____/s/ Kurt R. Hilbert__ |
| GA Bar Number | Signature of Kurt R. Hilbert |
| | |
| | Kurt R. Hilbert |
| (770) 551-9310 | The Hilbert Law Firm, LLC |
| Business Telephone | 205 Norcross Street |
| | 770-551-9310 |
| | Roswell, GA 30075 |
| | |
| Email Address | khilbert@hilbertlaw.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **DONALD J. TRUMP,** | ) | |
|       **Plaintiff** | ) | **1:20-CV-5310 MHC** |
| **v.** | ) | |
| **BRIAN P. KEMP; BRAD RAFFENSPERGER,** | ) ) | |
|       **Defendant** | ) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1(B) for admission *pro hac vice* have been satisfied, **the application of John Charles Eastman** to appear *pro hac vice* in the United States District Court for the Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE