IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as a candidate for President of the United States, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN P. KEMP, in his official capacity as Governor of the State of Georgia; BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:20-cv-05310-MHC |

## NOTICE OF APPEARANCE

COMES NOW Charlene S. McGowan, Assistant Attorney General, and hereby makes an entry of appearance in the above-styled action on behalf of Defendants Governor Brian Kemp and Secretary of State Brad Raffensperger. Please direct all further pleadings, notices, orders, and other matters to her at the following:

    Office of the Attorney General
    40 Capitol Square, SW
    Atlanta, Georgia 30334
    Telephone: (404) 458-3658
    E-Mail: cmcgowan@law.ga.gov

Respectfully submitted, this 4th day of January, 2021.

/s/ *Charlene S. McGowan*
CHARLENE S. MCGOWAN 697316
Assistant Attorney General

Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
cmcgowan@law.ga.gov
Tel: 404-458-3658
Fax: 404-651-9325

*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been formatted using Times New Roman font in 14-point type in compliance with Local Rule 7.1(D).

                                                  */s/Charlene S. McGowan*
                                                  Charlene S. McGowan
                                                  Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record via electronic notification.

Dated: January 4, 2021.

/s/ *Charlene S. McGowan*
Charlene S. McGowan
Assistant Attorney General