IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as a candidate for President of the United States,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN P. KEMP, in his official capacity as Governor of the State of Georgia; BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:20-cv-05310-MHC |

## NOTICE OF APPEARANCE

COMES NOW Russell D. Willard, Senior Assistant Attorney General, and hereby makes an entry of appearance in the above-styled action on behalf of Defendants Governor Brian Kemp and Secretary of State Brad Raffensperger. Please direct all further pleadings, notices, orders, and other matters to him at the following:

>Office of the Attorney General
>40 Capitol Square, SW
>Atlanta, Georgia 30334
>Telephone: (404) 458-3316
>E-Mail: rwillard@law.ga.gov

1

Respectfully submitted, this 4th day of January, 2021.

/s/ *Russell D. Willard*
RUSSELL D. WILLARD 760280
Senior Assistant Attorney General

Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
rwillard@law.ga.gov
Tel: 404-458-3316
Fax: 404-651-9325

*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been formatted using Times New Roman font in 14-point type in compliance with Local Rule 7.1(D).

                              */s/ Russell D. Willard*
                              Russell D. Willard
                              Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record via electronic notification.

Dated: January 4, 2021.

>    */s/ Russell D. Willard*
>    Russell D. Willard
>    Assistant Attorney General