IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD J. TRUMP, in his capacity, as a candidate for President of the United States,<br><br>　　　Plaintiff,<br><br>v.<br><br>BRIAN P. KEMP, in his official capacity as Governor of the State of Georgia; BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State,<br><br>　　　Defendants. | CIVIL ACTION NO.<br>1:20-cv-05310-MHC |

## NOTICE OF APPEARANCE

COMES NOW Christopher S. Anulewicz, James L. Hollis, Jonathan Deluca and Patrick Silloway of the law firm of Balch & Bingham LLP and hereby enter their appearance in the above-captioned matter as additional counsel for Defendants Brian P. Kemp and Brad Raffensperger. All notices and other materials may be sent to:

　　　Christopher S. Anulewicz
　　　Email: canulewicz@balch.com
　　　James L. Hollis
　　　Email: jhollis@balch.com

        Jonathan R. Deluca
        Email: jdeluca@balch.com
        Patrick Silloway
        Email: psilloway@balch.com
        BALCH & BINGHAM LLP
        30 Ivan Allen Jr. Boulevard, N.W.
        Suite 700
        Atlanta, Georgia 30308

Respectfully submitted this 4th day of January, 2021.

        Christopher M. Carr
        Attorney General
        Georgia Bar No. 112505
        Bryan K. Webb
        Deputy Attorney General
        Georgia Bar No. 743580
        Russell D. Willard
        Senior Assistant Attorney General
        Georgia Bar No. 760280
        Charlene S. McGowan
        Assistant Attorney General
        Georgia Bar No. 697316
        **OFFICE OF THE ATTORNEY GENERAL**
        Georgia Department of Law
        40 Capitol Square SW
        Atlanta, Georgia, 30334
        Telephone: (404) 458-3600
        Facsimile: (404) 657-8733


        s/ Christopher S. Anulewicz
        Christopher S. Anulewicz
        Georgia Bar No. 020914
        canulewicz@balch.com
        James L. Hollis
        Georgia Bar No. 930998

jhollis@balch.com
Jonathan R. DeLuca
Georgia Bar No. 228413
jdeluca@balch.com
Patrick N. Silloway
Georgia Bar No. 971966
psilloway@balch.com
**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

*Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been formatted using Times New Roman font in 14-point type in compliance with Local Rule 7.1(D).

/s/ *Christopher S. Anulewicz*
Christopher S. Anulewicz
Georgia Bar No. 020914

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for all parties of record via electronic notification.

Dated: January 4, 2021.

/s/ *Christopher S. Anulewicz*
Christopher S. Anulewicz
Georgia Bar No. 020914