# EXHIBIT A



# Certificate of Ascertainment

On November 3, 2020, the following sixteen people were appointed Electors of President and Vice President of the United States for the State of Georgia, each receiving 2,474,507 votes:

| | | |
|---|---|---|
| Stacey Yvonne Abrams | Van R. Johnson | Bob Trammell, Jr. |
| Gloria S. Butler | Pedro "Pete" Marin | Sachin Varghese |
| Wendy Davis | Fenika Thomas Miller | Nikema Williams |
| Bobby L. Fuse, Jr. | Ben E. Myers, Jr. | Cathy Woolard |
| Deborah Gonzalez | Rachel Paule | |
| Steve Henson | Calvin Smyre | |

The following electors received 2,461,837 votes:

| | | |
|---|---|---|
| Joseph Brannan | David G. Hanna | CJ Pearson |
| James "Ken" Carroll | Mark W. Hennessy | David Shafer |
| Vikki Townsend Consiglio | Susan Holmes | Shawn Still |
| Carolyn Hall Fisher | John A. Isakson | C.B. Yadav |
| Patrick M. Gartland | Cathleen Alston Latham | |
| Gloria Kay Godwin | Daryl Moody | |

The following electors received 62,138 votes:

| | | |
|---|---|---|
| Christine Austin | Ryan Graham | David R. Shock |
| Stephanie Sage Aylworth | Gretchen Mangan | John Turpish |
| Nelson M. Barnhouse | Edward T. Metz | Laura Williams |
| Robert Cortez | Mark Mosley | Nathan Wilson |
| Danny Dolan | Chase Russell Oliver | |
| Eric Fontaine | Robert Rouse | |

IN WITNESS WHEREOF I have hereunto set my hand and caused the Great Seal of the State of Georgia to be affixed at the Capitol in Atlanta, Georgia, this 20th day of November 2020.

_____
**GOVERNOR**

ATTEST:

_____
**EXECUTIVE SECRETARY**