# EXHIBIT B



Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
Telephone: 404-760-6000
Facsimile: 404-760-0225

NOVEMBER 21, 2020

VIA HAND DELIVERY AND EMAIL TO: rgermany@sos.ga.gov; jfuchs@sos.ga.gov

Hon. Brad Raffensperger
Secretary of State
State of Georgia
214 State Capitol
Atlanta, Georgia 30334
Attention:
Jordan Fuchs, Deputy Secretary of State
Ryan Germany, General Counsel

**RE: RECOUNT DEMAND**

Dear Mr. Secretary:

On behalf of President Donald J. Trump, in his capacity as the Republican candidate for President of the United States and President Donald J. Trump for President, Inc., a recount is hereby demanded pursuant to O.C.G.A. §21-2-495 (c) and State Election Board Rule 183-1-15-.03.

Respectfully,

Ray Smith III, Esq.

Counsel for
President Donald J. Trump in his capacity as the Republican nominee for President of the United States, and Donald J. Trump for President, Inc.