# EXHIBIT D



**STATE OF GEORGIA**
OFFICE OF THE GOVERNOR
ATLANTA 30334-0900

Brian P. Kemp
GOVERNOR

December 7, 2020

The Honorable David S. Ferriero
Archivist of the United States
National Archives and Records Administration
c/o Office of the Federal Register (F)
7 G Street, NW
Suite A-734
Washington, DC 20401

Dear Mr. Ferriero:

    Pursuant to 3 U.S.C. § 6, as the chief executive of the State of Georgia, I am hereby transmitting to you an official Certificate of Ascertainment (Amendment and Re-certification) for presidential electors from and under the seal of said State, with vote totals amended pursuant to the recount conducted by the Georgia Secretary of State.  As required by the National Archives and Records Administration, I am also enclosing two additional original Certificates.

    If you need any further information, please contact my Executive Counsel, Mr. David B. Dove, Esq., at 404-651-7760 or David.dove@georgia.gov.

Sincerely,

Brian P. Kemp
Governor

BPK:rw

Enclosures



## Certificate of Ascertainment (Amendment and Re-certification)

On November 3, 2020, the following sixteen people were appointed Electors of President and Vice President of the United States for the State of Georgia, each receiving 2,473,633 votes:

| | | |
|---|---|---|
| Stacey Yvonne Abrams | Van R. Johnson | Bob Trammell, Jr. |
| Gloria S. Butler | Pedro "Pete" Marin | Sachin Varghese |
| Wendy Davis | Fenika Thomas Miller | Nikema Williams |
| Bobby L. Fuse, Jr. | Ben E. Myers, Jr. | Cathy Woolard |
| Deborah Gonzalez | Rachel Paule | |
| Steve Henson | Calvin Smyre | |

The following electors received 2,461,854 votes:

| | | |
|---|---|---|
| Joseph Brannan | David G. Hanna | CJ Pearson |
| James "Ken" Carroll | Mark W. Hennessy | David Shafer |
| Vikki Townsend Consiglio | Susan Holmes | Shawn Still |
| Carolyn Hall Fisher | John A. Isakson | C.B. Yadav |
| Patrick M. Gartland | Cathleen Alston Latham | |
| Gloria Kay Godwin | Daryl Moody | |

The following electors received 62,229 votes:

| | | |
|---|---|---|
| Christine Austin | Ryan Graham | David R. Shock |
| Stephanie Sage Aylworth | Gretchen Mangan | John Turpish |
| Nelson M. Barnhouse | Edward T. Metz | Laura Williams |
| Robert Cortez | Mark Mosley | Nathan Wilson |
| Danny Dolan | Chase Russell Oliver | |
| Eric Fontaine | Robert Rouse | |

IN WITNESS WHEREOF I have hereunto set my hand and caused the Great Seal of the State of Georgia to be affixed at the Capitol in Atlanta, Georgia, this 7th day of December 2020.

_____
**GOVERNOR**

ATTEST:

_____
**EXECUTIVE SECRETARY**



## Certificate of Ascertainment (Amendment and Re-certification)

On November 3, 2020, the following sixteen people were appointed Electors of President and Vice President of the United States for the State of Georgia, each receiving 2,473,633 votes:

| | | |
|---|---|---|
| Stacey Yvonne Abrams | Van R. Johnson | Bob Trammell, Jr. |
| Gloria S. Butler | Pedro "Pete" Marin | Sachin Varghese |
| Wendy Davis | Fenika Thomas Miller | Nikema Williams |
| Bobby L. Fuse, Jr. | Ben E. Myers, Jr. | Cathy Woolard |
| Deborah Gonzalez | Rachel Paule | |
| Steve Henson | Calvin Smyre | |

The following electors received 2,461,854 votes:

| | | |
|---|---|---|
| Joseph Brannan | David G. Hanna | CJ Pearson |
| James "Ken" Carroll | Mark W. Hennessy | David Shafer |
| Vikki Townsend Consiglio | Susan Holmes | Shawn Still |
| Carolyn Hall Fisher | John A. Isakson | C.B. Yadav |
| Patrick M. Gartland | Cathleen Alston Latham | |
| Gloria Kay Godwin | Daryl Moody | |

The following electors received 62,229 votes:

| | | |
|---|---|---|
| Christine Austin | Ryan Graham | David R. Shock |
| Stephanie Sage Aylworth | Gretchen Mangan | John Turpish |
| Nelson M. Barnhouse | Edward T. Metz | Laura Williams |
| Robert Cortez | Mark Mosley | Nathan Wilson |
| Danny Dolan | Chase Russell Oliver | |
| Eric Fontaine | Robert Rouse | |

IN WITNESS WHEREOF I have hereunto set my hand and caused the Great Seal of the State of Georgia to be affixed at the Capitol in Atlanta, Georgia, this 7th day of December 2020.

_____
**Governor**

Attest:

_____
**Executive Secretary**



# *Certificate of Ascertainment (Amendment and Re-certification)*

On November 3, 2020, the following sixteen people were appointed Electors of President and Vice President of the United States for the State of Georgia, each receiving 2,473,633 votes:

| | | |
|---|---|---|
| Stacey Yvonne Abrams | Van R. Johnson | Bob Trammell, Jr. |
| Gloria S. Butler | Pedro "Pete" Marin | Sachin Varghese |
| Wendy Davis | Fenika Thomas Miller | Nikema Williams |
| Bobby L. Fuse, Jr. | Ben E. Myers, Jr. | Cathy Woolard |
| Deborah Gonzalez | Rachel Paule | |
| Steve Henson | Calvin Smyre | |

The following electors received 2,461,854 votes:

| | | |
|---|---|---|
| Joseph Brannan | David G. Hanna | CJ Pearson |
| James "Ken" Carroll | Mark W. Hennessy | David Shafer |
| Vikki Townsend Consiglio | Susan Holmes | Shawn Still |
| Carolyn Hall Fisher | John A. Isakson | C.B. Yadav |
| Patrick M. Gartland | Cathleen Alston Latham | |
| Gloria Kay Godwin | Daryl Moody | |

The following electors received 62,229 votes:

| | | |
|---|---|---|
| Christine Austin | Ryan Graham | David R. Shock |
| Stephanie Sage Aylworth | Gretchen Mangan | John Turpish |
| Nelson M. Barnhouse | Edward T. Metz | Laura Williams |
| Robert Cortez | Mark Mosley | Nathan Wilson |
| Danny Dolan | Chase Russell Oliver | |
| Eric Fontaine | Robert Rouse | |

IN WITNESS WHEREOF I have hereunto set my hand and caused the Great Seal of the State of Georgia to be affixed at the Capitol in Atlanta, Georgia, this 7th day of December 2020.

_____
**GOVERNOR**

ATTEST:

_____
**EXECUTIVE SECRETARY**



# *Certificate of Ascertainment (Amendment and Re-certification)*

On November 3, 2020, the following sixteen people were appointed Electors of President and Vice President of the United States for the State of Georgia, each receiving 2,473,633 votes:

| | | |
|---|---|---|
| Stacey Yvonne Abrams | Van R. Johnson | Bob Trammell, Jr. |
| Gloria S. Butler | Pedro "Pete" Marin | Sachin Varghese |
| Wendy Davis | Fenika Thomas Miller | Nikema Williams |
| Bobby L. Fuse, Jr. | Ben E. Myers, Jr. | Cathy Woolard |
| Deborah Gonzalez | Rachel Paule | |
| Steve Henson | Calvin Smyre | |

The following electors received 2,461,854 votes:

| | | |
|---|---|---|
| Joseph Brannan | David G. Hanna | CJ Pearson |
| James "Ken" Carroll | Mark W. Hennessy | David Shafer |
| Vikki Townsend Consiglio | Susan Holmes | Shawn Still |
| Carolyn Hall Fisher | John A. Isakson | C.B. Yadav |
| Patrick M. Gartland | Cathleen Alston Latham | |
| Gloria Kay Godwin | Daryl Moody | |

The following electors received 62,229 votes:

| | | |
|---|---|---|
| Christine Austin | Ryan Graham | David R. Shock |
| Stephanie Sage Aylworth | Gretchen Mangan | John Turpish |
| Nelson M. Barnhouse | Edward T. Metz | Laura Williams |
| Robert Cortez | Mark Mosley | Nathan Wilson |
| Danny Dolan | Chase Russell Oliver | |
| Eric Fontaine | Robert Rouse | |

IN WITNESS WHEREOF I have hereunto set my hand and caused the Great Seal of the State of Georgia to be affixed at the Capitol in Atlanta, Georgia, this 7th day of December 2020.

_____
**GOVERNOR**

ATTEST:

_____
**EXECUTIVE SECRETARY**



## Certificate of Ascertainment (Amendment and Re-certification)

On November 3, 2020, the following sixteen people were appointed Electors of President and Vice President of the United States for the State of Georgia, each receiving 2,473,633 votes:

| | | |
|---|---|---|
| Stacey Yvonne Abrams | Van R. Johnson | Bob Trammell, Jr. |
| Gloria S. Butler | Pedro "Pete" Marin | Sachin Varghese |
| Wendy Davis | Fenika Thomas Miller | Nikema Williams |
| Bobby L. Fuse, Jr. | Ben E. Myers, Jr. | Cathy Woolard |
| Deborah Gonzalez | Rachel Paule | |
| Steve Henson | Calvin Smyre | |

The following electors received 2,461,854 votes:

| | | |
|---|---|---|
| Joseph Brannan | David G. Hanna | CJ Pearson |
| James "Ken" Carroll | Mark W. Hennessy | David Shafer |
| Vikki Townsend Consiglio | Susan Holmes | Shawn Still |
| Carolyn Hall Fisher | John A. Isakson | C.B. Yadav |
| Patrick M. Gartland | Cathleen Alston Latham | |
| Gloria Kay Godwin | Daryl Moody | |

The following electors received 62,229 votes:

| | | |
|---|---|---|
| Christine Austin | Ryan Graham | David R. Shock |
| Stephanie Sage Aylworth | Gretchen Mangan | John Turpish |
| Nelson M. Barnhouse | Edward T. Metz | Laura Williams |
| Robert Cortez | Mark Mosley | Nathan Wilson |
| Danny Dolan | Chase Russell Oliver | |
| Eric Fontaine | Robert Rouse | |

IN WITNESS WHEREOF I have hereunto set my hand and caused the Great Seal of the State of Georgia to be affixed at the Capitol in Atlanta, Georgia, this 7th day of December 2020.

_B.Ph_
**GOVERNOR**

ATTEST:

**EXECUTIVE SECRETARY**



## *Certificate of Ascertainment (Amendment and Re-certification)*

On November 3, 2020, the following sixteen people were appointed Electors of President and Vice President of the United States for the State of Georgia, each receiving 2,473,633 votes:

| | | |
|---|---|---|
| Stacey Yvonne Abrams | Van R. Johnson | Bob Trammell, Jr. |
| Gloria S. Butler | Pedro "Pete" Marin | Sachin Varghese |
| Wendy Davis | Fenika Thomas Miller | Nikema Williams |
| Bobby L. Fuse, Jr. | Ben E. Myers, Jr. | Cathy Woolard |
| Deborah Gonzalez | Rachel Paule | |
| Steve Henson | Calvin Smyre | |

The following electors received 2,461,854 votes:

| | | |
|---|---|---|
| Joseph Brannan | David G. Hanna | CJ Pearson |
| James "Ken" Carroll | Mark W. Hennessy | David Shafer |
| Vikki Townsend Consiglio | Susan Holmes | Shawn Still |
| Carolyn Hall Fisher | John A. Isakson | C.B. Yadav |
| Patrick M. Gartland | Cathleen Alston Latham | |
| Gloria Kay Godwin | Daryl Moody | |

The following electors received 62,229 votes:

| | | |
|---|---|---|
| Christine Austin | Ryan Graham | David R. Shock |
| Stephanie Sage Aylworth | Gretchen Mangan | John Turpish |
| Nelson M. Barnhouse | Edward T. Metz | Laura Williams |
| Robert Cortez | Mark Mosley | Nathan Wilson |
| Danny Dolan | Chase Russell Oliver | |
| Eric Fontaine | Robert Rouse | |

IN WITNESS WHEREOF I have hereunto set my hand and caused the Great Seal of the State of Georgia to be affixed at the Capitol in Atlanta, Georgia, this 7th day of December 2020.

_B.P.L._
**GOVERNOR**

ATTEST:

_[signature]_
**EXECUTIVE SECRETARY**



## Certificate of Ascertainment (Amendment and Re-certification)

On November 3, 2020, the following sixteen people were appointed Electors of President and Vice President of the United States for the State of Georgia, each receiving 2,473,633 votes:

| | | |
|---|---|---|
| Stacey Yvonne Abrams | Van R. Johnson | Bob Trammell, Jr. |
| Gloria S. Butler | Pedro "Pete" Marin | Sachin Varghese |
| Wendy Davis | Fenika Thomas Miller | Nikema Williams |
| Bobby L. Fuse, Jr. | Ben E. Myers, Jr. | Cathy Woolard |
| Deborah Gonzalez | Rachel Paule | |
| Steve Henson | Calvin Smyre | |

The following electors received 2,461,854 votes:

| | | |
|---|---|---|
| Joseph Brannan | David G. Hanna | CJ Pearson |
| James "Ken" Carroll | Mark W. Hennessy | David Shafer |
| Vikki Townsend Consiglio | Susan Holmes | Shawn Still |
| Carolyn Hall Fisher | John A. Isakson | C.B. Yadav |
| Patrick M. Gartland | Cathleen Alston Latham | |
| Gloria Kay Godwin | Daryl Moody | |

The following electors received 62,229 votes:

| | | |
|---|---|---|
| Christine Austin | Ryan Graham | David R. Shock |
| Stephanie Sage Aylworth | Gretchen Mangan | John Turpish |
| Nelson M. Barnhouse | Edward T. Metz | Laura Williams |
| Robert Cortez | Mark Mosley | Nathan Wilson |
| Danny Dolan | Chase Russell Oliver | |
| Eric Fontaine | Robert Rouse | |

IN WITNESS WHEREOF I have hereunto set my hand and caused the Great Seal of the State of Georgia to be affixed at the Capitol in Atlanta, Georgia, this 7th day of December 2020.

GOVERNOR

ATTEST:

EXECUTIVE SECRETARY



## Certificate of Ascertainment (Amendment and Re-certification)

On November 3, 2020, the following sixteen people were appointed Electors of President and Vice President of the United States for the State of Georgia, each receiving 2,473,633 votes:

| | | |
|---|---|---|
| Stacey Yvonne Abrams | Van R. Johnson | Bob Trammell, Jr. |
| Gloria S. Butler | Pedro "Pete" Marin | Sachin Varghese |
| Wendy Davis | Fenika Thomas Miller | Nikema Williams |
| Bobby L. Fuse, Jr. | Ben E. Myers, Jr. | Cathy Woolard |
| Deborah Gonzalez | Rachel Paule | |
| Steve Henson | Calvin Smyre | |

The following electors received 2,461,854 votes:

| | | |
|---|---|---|
| Joseph Brannan | David G. Hanna | CJ Pearson |
| James "Ken" Carroll | Mark W. Hennessy | David Shafer |
| Vikki Townsend Consiglio | Susan Holmes | Shawn Still |
| Carolyn Hall Fisher | John A. Isakson | C.B. Yadav |
| Patrick M. Gartland | Cathleen Alston Latham | |
| Gloria Kay Godwin | Daryl Moody | |

The following electors received 62,229 votes:

| | | |
|---|---|---|
| Christine Austin | Ryan Graham | David R. Shock |
| Stephanie Sage Aylworth | Gretchen Mangan | John Turpish |
| Nelson M. Barnhouse | Edward T. Metz | Laura Williams |
| Robert Cortez | Mark Mosley | Nathan Wilson |
| Danny Dolan | Chase Russell Oliver | |
| Eric Fontaine | Robert Rouse | |

IN WITNESS WHEREOF I have hereunto set my hand and caused the Great Seal of the State of Georgia to be affixed at the Capitol in Atlanta, Georgia, this 7th day of December 2020.

_____
**GOVERNOR**

ATTEST:

_____
**EXECUTIVE SECRETARY**



## Certificate of Ascertainment (Amendment and Re-certification)

On November 3, 2020, the following sixteen people were appointed Electors of President and Vice President of the United States for the State of Georgia, each receiving 2,473,633 votes:

| | | |
|---|---|---|
| Stacey Yvonne Abrams | Van R. Johnson | Bob Trammell, Jr. |
| Gloria S. Butler | Pedro "Pete" Marin | Sachin Varghese |
| Wendy Davis | Fenika Thomas Miller | Nikema Williams |
| Bobby L. Fuse, Jr. | Ben E. Myers, Jr. | Cathy Woolard |
| Deborah Gonzalez | Rachel Paule | |
| Steve Henson | Calvin Smyre | |

The following electors received 2,461,854 votes:

| | | |
|---|---|---|
| Joseph Brannan | David G. Hanna | CJ Pearson |
| James "Ken" Carroll | Mark W. Hennessy | David Shafer |
| Vikki Townsend Consiglio | Susan Holmes | Shawn Still |
| Carolyn Hall Fisher | John A. Isakson | C.B. Yadav |
| Patrick M. Gartland | Cathleen Alston Latham | |
| Gloria Kay Godwin | Daryl Moody | |

The following electors received 62,229 votes:

| | | |
|---|---|---|
| Christine Austin | Ryan Graham | David R. Shock |
| Stephanie Sage Aylworth | Gretchen Mangan | John Turpish |
| Nelson M. Barnhouse | Edward T. Metz | Laura Williams |
| Robert Cortez | Mark Mosley | Nathan Wilson |
| Danny Dolan | Chase Russell Oliver | |
| Eric Fontaine | Robert Rouse | |

IN WITNESS WHEREOF I have hereunto set my hand and caused the Great Seal of the State of Georgia to be affixed at the Capitol in Atlanta, Georgia, this 7th day of December 2020.



_____
**GOVERNOR**

ATTEST:

_____
**EXECUTIVE SECRETARY**