# EXHIBIT J

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DONALD J. TRUMP, in his capacity as a
Candidate for President, et al.   )
                                  )
Petitioner,                       )
v.                                )   CIVIL ACTION
                                  )   FILE NO: 2020CV343255
                                  )
BRAD RAFFENSPERGER, in his official )
Capacity as Secretary of State of Georgia, )
Et al.                            )
                                  )
Respondent                        )

## STATUS OF REQUEST TO
## APPOINT ADMINISTRATIVE LAW JUDGE

As provided in the notice of December 11, 2020, this Court has received Petitioner's Notice of Emergency Request to Appoint Administrative Law Judge, which, in fact sought a referral to a Judge outside this district. Before this Court had an opportunity to consider such request, the Petitioner filed a Notice of Appeal seeking to present this issue to the appellate courts. Accordingly, this Court will not consider this request until either the appeal is concluded or the notice of appeal is withdrawn.

SO ORDERED this 29th day of December, 2020.

_____
The Honorable Christopher S. Brasher
Chief Administrative Judge for
The Fifth Judicial Administrative District
Atlanta Judicial Circuit

*Filed and served electronically via eFileGA*