# EXHIBIT L

Fulton County Superior Court
***EFILED***AC
Date: 12/30/2020 5:42 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **DONALD J. TRUMP, in his capacity as a Candidate for President, et al.** ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO: 2020CV343255 |
| ) | |
| **BRAD RAFFENSPERGER, in his official Capacity as Secretary of State of Georgia, Et al.** ) ) ) | |
| ) | |
| Respondent ) | |

## ORDER DIRECTING THE
## CLERK TO ACCEPT AND FILE THE ATTACHED ORDER

The Clerk is hereby DIRECTED to accept and file the attached order from the Honorable Ralph Van Pelt, Administrative Judge for the Seventh Judicial Administrative District appointing the Honorable Adele Grubbs, Senior Judge of the Superior Courts of Georgia to hear and preside over the above-referenced case.

SO ORDERED this  30th  day of  December , 2020.

_____
The Honorable Christopher S. Brasher
Chief Administrative Judge for
The Fifth Judicial Administrative District
Atlanta Judicial Circuit

*Filed and served electronically via eFileGA*

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

REQUEST FOR JUDICIAL ASSISTANCE AND ORDER APPOINTING JUDGE

There is presently pending in the Superior Court of Fulton County, Georgia, Atlanta Judicial Circuit, a petition to contest the results of an election; and

WHEREAS, pursuant to O.C.G.A. §21-2-523, the Administrative Judge of the Fifth Judicial District, being a member of the circuit in which the proceeding was filed, has notified the Administrative Judge of the Seventh Judicial Administrative District, a Judicial District adjoining the Fifth District, of the pendency of such election contest;

NOW, THEREFORE, the Administrative Judge of the Seventh Judicial Administrative District, after consideration of the matter, hereby appoints and assigns the Honorable Adele Grubbs, Senior Judge of the Superior Courts of Georgia, to hear and preside over the matter of <u>Donald J. Trump, in his capacity as a Candidate for President, et al. v. Brad Rafensperger, in his official capacity as Secretary of State of Georgia, et al.</u>, Civil Action Number 2020CV343255, Fulton Superior Court, said appointment becoming effective contemporaneously with the signing of this Order and continuing thereafter until such time as is reasonably necessary to dispose of said case.

The Honorable Adele Grubbs is hereby authorized and empowered to serve and preside over this election contest as provided by law.

Let this Order, or a copy hereof, be filed with the Clerk of the Superior Court of Fulton County, Georgia, and with the offices of the Fifth and Seventh Judicial Administrative Districts.

This, the 30 day of December, 2020. @ 3:57 PM

RALPH VAN PELT
ADMINISTRATIVE JUDGE
SEVENTH JUDICIAL ADMINISTRATIVE DISTRICT