# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as a candidate for President of the United States, <br><br> *Plaintiff* <br><br> v. <br><br> BRIAN P. KEMP, in his official capacity as Governor of the State of Georgia; BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State, <br><br> *Defendants.* | CIVIL ACTION FILE NO.: <br> 1:20-cv-05310-MHC |

## AMENDED NOTICE OF DELIVERY OF SERVICE OF PROCESS

Pursuant to Federal Rule of Civil Procedure Rule 4 et seq. and as otherwise allowed by law, and pursuant to this Honorable Court's Order of January 4, 2021, this is notice that delivery of service of process occurred on January 4, 2021.

Attached hereto collectively as **Exhibit "A"** are return receipts showing delivery of the summons and Verified Complaint in the above captioned action on the Defendants by special process server. Affidavits from the process server shall be filed with the Court upon receipt. Notice via STATUTORY ELECTRONIC

SERVICE was also given to Defendants via online *Hightail* email on January 1, 2021. The receipt of that notice is attached hereto as **Exhibit "B."**

In an abundance of caution, the undersigned files this Notice to inform the Court that service was diligently performed and the formality of filing the return is forthcoming.

Respectfully submitted, this 5th day of January, 2020.

                                                                     THE HILBERT LAW FIRM, LLC

                                                                     */s/ Kurt R. Hilbert (e-sig.)*
                                                                     KURT R. HILBERT
                                                                     Ga Bar No. 352877
                                                                     205 Norcross Street
                                                                     Roswell, GA 30075
                                                                     T: (770) 551-9310
                                                                     F: (770) 551-9311
                                                                     E: khilbert@hilbertlaw.com

                                                                   Lead Counsel for President of the United States, as Candidate for President

# EXHIBIT A

jhilbert@hilbertlaw.com

| | |
|---|---|
| From: | CourierNet@e-courier.com |
| Sent: | Monday, January 4, 2021 10:33 PM |
| To: | jhilbert@hilbertlaw.com |
| Subject: | Delivery Notification |

# Delivery Notification

Our records indicate that the following order has been delivered:
Order was Placed by: TIM
Order Number: 741633
Pickup Address:
Hilbert Law Firm
205 Norcross Street
Roswell,GA, 30075
Delivery Address:
BRIAN KEMP OFFICE OF GOVERNOR
206 WASHINGTON ST
ATLANTA,GA, 30334
Authorization: SHAFER
Delivered On: 1/4/2021 3:32:25 PM
Signed By: Johanna Mejia

Amount: $61.19

You can track your shipment in more detail at any time from http://www.couriernet.net

Copyright 2001 e-Courier Inc
This communication contains proprietary business information and may contain confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.
Please note that this communication was automatically generated at the request of the Shipper and any attempt to reply to the communication cannot and will not be answered or received by Shipper. Therefore, if you have any questions regarding this referenced shipment you must contact the Shipper directly. In addition, if you would like to discontinue this notification service you must inform the Shipper directly.

**jhilbert@hilbertlaw.com**

| | |
|---|---|
| **From:** | CourierNet@e-courier.com |
| **Sent:** | Monday, January 4, 2021 10:34 PM |
| **To:** | jhilbert@hilbertlaw.com |
| **Subject:** | Delivery Notification |

# Delivery Notification

Our records indicate that the following order has been delivered:
Order was Placed by: TIM
Order Number: 741636
Pickup Address:
Hilbert Law Firm
205 Norcross Street
Roswell,GA, 30075
Delivery Address:
BRAD RAFFENSPERGER SECRETARY OF STATE
214 STATE CAPITOL
ATLANTA,GA, 30334
Authorization: SHAFER
Delivered On: 1/4/2021 3:33:25 PM
Signed By: Xavier Jennings

Amount: $61.19

You can track your shipment in more detail at any time from http://www.couriernet.net

Copyright 2001 e-Courier Inc
This communication contains proprietary business information and may contain confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.
Please note that this communication was automatically generated at the request of the Shipper and any attempt to reply to the communication cannot and will not be answered or received by Shipper. Therefore, if you have any questions regarding this referenced shipment you must contact the Shipper directly. In addition, if you would like to discontinue this notification service you must inform the Shipper directly.

# EXHIBIT B

**jhilbert@hilbertlaw.com**

| | |
|---|---|
| **From:** | Hightail <delivery@spaces.hightailmail.com> |
| **Sent:** | Friday, January 1, 2021 12:54 PM |
| **To:** | jhilbert@hilbertlaw.com |
| **Subject:** | File Delivered: STATUTORY ELECTRONIC SERVICE; NOTICE UNDER Fed.R.Civ.P.65;Lawsuit Submitted Northern District of Georgia 12/31/2020 |

**opentext | HIGHTAIL**

## You have shared 10 files.

10 files

•

83.4 MB total

•

Shared on 01/01/2021

Your files have been delivered to the following recipients:

rgermany@sos.ga.gov , jhilbert@hilbertlaw.com , ddove@georgia.gov and +2

"Gentlemen-

I represent the President of the United States of America.

Please find attached pleadings and filings submitted for filing last evening 12/31/2020 with the Northern District of Georgia, Atlanta Division. The case is styled Donald J. Trump v. Brian Kemp et al. This is being served on you via Statutory Electronic Service for purposes of Notice under Fed. R. Civ. P. 65 et seq., and as a professional courtesy. A case number has not been yet assigned to my knowledge, nor a judge. If one is received this weekend, I will advise.

Should you have any questions, feel free to call me. If you have difficulty downloading any files also please advise.

Mr. Germany, I understand that you had a recent birthday, and I wanted to wish you a belated Happy Birthday. Mr. Dove, I look forward to working with you as well.

Happy New Year as well gentlemen!

My best,

Kurt R. Hilbert

Managing Member
The Hilbert Law Firm, LLC
T: (770) 551-9310
F: (770) 551-9311
E: khilbert@hilbertlaw.com"

| PDF | PD 1 Verified Complaint for Emergency Injunctive and Declaratory Relief.pdf | 1.4 MB |
|---|---|---|
| PDF | PD 10 Plaintiff's Memorandum of Law in Support of Motion for Expedited Declaratory and Injunctive Relief.pdf | 501.9 KB |
| PDF | PD 2 Civil Cover Sheet.pdf | 785.7 KB |
| PDF | PD 3 Civil Summons - Kemp.pdf | 72.4 KB |
| PDF | PD 4 Civil Summons - Raffensperger.pdf | 71.8 KB |

+ 5 MORE

VIEW ALL FILES

Collect feedback, route approvals and get everyone on the same page. Start a free 14-day trial of Hightail for better creative collaboration.

Terms | Privacy

To   jhilbert@hilbertlaw.com   ddove@gov.state.ga.us   khilbert@hilbertlaw.com

*Sent January 1st, 2021*
*Access expires on January 29th, 2021*

ddove@georgia.gov   rgermany@sos.ga.gov   less

Access code: OFF   **EDIT**
Require sign in: NO

Subject   STATUTORY ELECTRONIC SERVICE; NOTICE UNDER Fed.R.Civ.P.65;Lawsuit Submitted Northern District of Georgia 12/31/2020   less

Message   Gentlemen- I represent the President of the United States of America. Please find attached pleadings and filings submitted for filing last evening 12/31/2020 with the Northern District of Georgia, Atlanta Division. The case is styled Donald J. Trump v. Brian Kemp et al. This is being served on you via Statutory Electronic Service for purposes of Notice under Fed. R. Civ. P. 65 et seq., and as a professional courtesy. A case number has not been yet assigned to my knowledge, nor a judge. If one is received this weekend, I will advise. Should you have any questions, feel free to call me. If you have difficulty downloading any files also please advise. Mr. Germany, I understand that you had a recent birthday, and I wanted to wish you a belated Happy Birthday. Mr. Dove, I look forward to working with you as well. Happy New Year as well gentlemen! My best, Kurt R. Hilbert Managing Member The Hilbert Law Firm, LLC T: (770) 551-9310 F: (770) 551-9311 E: khilbert@hilbertlaw.com   less

**10 FILES**

PD 1 Verified Complaint for Emerge…
1.4 MB   PDF   0 Comments

PD 10 Plaintiff's Memorandum of La…
502 KB   PDF   0 Comments

PD 2 Civil Cover Sheet.pdf
786 KB   PDF   0 Comments

PD 3 Civil Summons - Kemp.pdf
72 KB   PDF   0 Comments

PD 4 Civil Summons - Raffensperger…
72 KB   PDF   0 Comments

PD 5 Complaint Exhibits 1.1_pages …
30 MB   PDF   0 Comments

PD 6 Complaint Exhibits 1.2_pages …
23 MB   PDF   0 Comments

PD 7 Complaint Exhibits 1.3_pages …
22 MB   PDF   0 Comments

PD 8 Complaint Exhibits 2-13.pdf
6 MB   PDF   0 Comments

PD 9 Plaintiff's Motion for Expedited …
366 KB   PDF   0 Comments

DASHBOARD    SPACES    SENDS    FOLDERS                                                                                                  CREATE NEW

| | | | |
|---|---|---|---|
| To | jhilbert@hilbertlaw.com | ddove@gov.state.ga.us | khilbert@hilbertlaw.com |
| | ddove@georgia.gov | rgermany@sos.ga.gov | less |

*Sent January 1st, 2021*
*Access expires on January 29th, 2021*
*Access code: OFF*  EDIT
*Require sign in: NO*

Subject: STATUTORY ELECTRONIC SERVICE; NOTICE UNDER Fed.R.Civ.P.65;Lawsuit Submitted Northern District of Georgia 12/31/2020  less

Message: Gentlemen- I represent the President of the United States of America. Please find attached pleadings and filings submitted for filing last evening 12/31/2020 with the Northern District of Georgia, Atlanta Division. The case is styled Donald J. Trump v. Brian Kemp et al. This is being served on you via Statutory Electronic Service for purposes of Notice under Fed. R. Civ. P. 65 et seq., and as a professional courtesy. A case number has not been yet assigned to my knowledge, nor a judge. If one is received this weekend, I will advise. Should you have any questions, feel free to call me. If you have difficulty downloading any files also please advise. Mr. Germany, I understand that you had a recent birthday, and I wanted to wish you a belated Happy Birthday. Mr. Dove, I look forward to working with you as well. Happy New Year as well gentlemen! My best, Kurt R. Hilbert Managing Member The Hilbert Law Firm, LLC T: (770) 551-9310 F: (770) 551-9311 E: khilbert@hilbertlaw.com  less

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONALD J. TRUMP, in his capacity as a candidate for President of the United States, </br></br>*Plaintiff* </br></br>v. </br></br>BRIAN P. KEMP, in his official capacity as Governor of the State of Georgia; BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State, </br></br>*Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION FILE NO.: </br>1:20-cv-05310-MHC |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **AMENDED NOTICE OF DELIVERY OF SERVICE OF PROCESS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for all parties of record via electronic notification.

Respectfully submitted, this 5th day of January, 2020.

3

THE HILBERT LAW FIRM, LLC

*/s/ Kurt R. Hilbert (e-sig.)*
KURT R. HILBERT
Ga Bar No. 352877
205 Norcross Street
Roswell, GA 30075
T: (770) 551-9310
F: (770) 551-9311
E: khilbert@hilbertlaw.com

Lead Counsel for President of the United States, as Candidate for President

4