# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as a candidate for President of the United States, <br><br> *Plaintiff* <br><br> v. <br><br> BRIAN P. KEMP, in his official capacity as Governor of the State of Georgia; BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State, <br><br> *Defendants.* | CIVIL ACTION FILE NO.: 1:20-cv-05310-MHC |

## NOTICE OF FILING AFFIDAVITS OF SERVICE

Pursuant to Federal Rule of Civil Procedure Rule 4 et seq. and as otherwise allowed by law, and pursuant to this Honorable Court's Order of January 4, 2021, COMES NOW, Plaintiff and files the attached *Affidavits of Service* of Steve Ball collectively attached hereto as **Exhibit A.**

Respectfully submitted, this 5th day of January, 2021.

THE HILBERT LAW FIRM, LLC

*/s/ Kurt R. Hilbert (e-sig.)*

KURT R. HILBERT
Ga Bar No. 352877
205 Norcross Street
Roswell, GA 30075
T: (770) 551-9310
F: (770) 551-9311
E: khilbert@hilbertlaw.com

Lead Counsel for President of the United States, as Candidate for President

## AFFIDAVIT OF SERVICE

PERSONALLY appeared before the undersigned officer duly authorized by law administer oaths, Steve Ball, who, after being duly sworn, deposes and states the following:

1.

Affiant states that under Fed. R. Civ. P. Rule 4 et seq, he is over 18 years of age, a Citizen of the United States, and not related to the parties herein. The statements made are true and correct and are based upon my personal knowledge.

2.

I personally delivered to Brad Raffensperger, Secretary of State, the parcel containing Summons and Complaint and filings given to me in person by Kurt Hilbert, Esq. and the parcel was prepared by The Hilbert Law Firm, and I placed the parcel into the hands of Xavier Jennings, an authorized agent and employee of the Secretary of State located at 214 State Capitol, Atlanta, GA 30334 on the 4th day of January, 2021 at 3:33 p.m.

This the 5th day of January 2021

_____
Steve Ball, Courier 2525

Sworn to and subscribed to before me this 5th day of January, 2021.

_____
Notary Public
My Commission Expires: FEB 5





EXHIBIT
"A"

## AFFIDAVIT OF SERVICE

PERSONALLY appeared before the undersigned officer duly authorized by law administer oaths, Steve Ball, who, after being duly sworn, deposes and states the following:

1.

Affiant states that under Fed. R. Civ. P. Rule 4 et seq, he is over 18 years of age, a Citizen of the United States, and not related to the parties herein. The statements made are true and correct and are based upon my personal knowledge.

2.

I personally delivered to Brian P. Kemp, Governor, the parcel containing Summons and Complaint and filings given to me in person by Kurt Hilbert, Esq. and the parcel was prepared by The Hilbert Law Firm, and I placed the parcel into the hands of Johanna Mejia, an authorized agent and employee of the Office of Governor located at 206 Washington Street, 111 State Capitol, Atlanta, GA 30334 on the 4th day of January, 2021 at 3:32 p.m.

This the 5th day of January 2021

_____
Steve Ball, Courier 2525

Sworn to and subscribed to before me this 5th day of January, 2021.
_____
Notary Public
My Commission Expires: FEB 5, 2023

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as a candidate for President of the United States,<br><br>*Plaintiff*<br><br>v.<br><br>BRIAN P. KEMP, in his official capacity as Governor of the State of Georgia; BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State,<br><br>*Defendants.* | CIVIL ACTION FILE NO.:<br>1:20-cv-05310-MHC |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF FILING AFFIDAVITS OF SERVICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for all parties of record via electronic notification.

Respectfully submitted, this 5th day of January, 2021

3

THE HILBERT LAW FIRM, LLC

*/s/ Kurt R. Hilbert (e-sig.)*
KURT R. HILBERT
Ga Bar No. 352877
205 Norcross Street
Roswell, GA 30075
T: (770) 551-9310
F: (770) 551-9311
E: khilbert@hilbertlaw.com

Lead Counsel for President of the United States, as Candidate for President

4