# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-05310-MHC
## Trump v. Kemp et al
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 01/05/2021.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 11:00 A.M.
TIME IN COURT: 1:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Viola Zborowski
CSO/DUSM: Dan Mustapher/Derrick Davis
DEPUTY CLERK: Lynn Beck

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Christopher Anulewicz representing Brad Raffensperger<br>Christopher Anulewicz representing Brian P. Kemp<br>Kurt Hilbert representing Donald J. Trump<br>Charlene McGowan representing Brad Raffensperger<br>Charlene McGowan representing Brian P. Kemp<br>Russell Willard representing Brad Raffensperger<br>Russell Willard representing Brian P. Kemp |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [2]Motion for Preliminary Injunction DENIED |
| MINUTE TEXT: | The parties presented argument in regards to Motion for Preliminary Injunction and Declaratory Relief. Court denied the motion and advised that an order will be forthcoming today. See transcript for details. |
| HEARING STATUS: | Hearing Concluded |