# EXHIBIT A

## Anulewicz, Chris

| | |
|---|---|
| **From:** | Anulewicz, Chris |
| **Sent:** | Thursday, January 7, 2021 12:29 AM |
| **To:** | Kurt Hilbert |
| **Cc:** | ccarr@law.ga.gov; trevis@hilbertlaw.com; Ray S. Smith, III; dfg@guldenschuhlaw.com; rwillard@law.ga.gov |
| **Subject:** | Re: Confidential |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Mr. Hilbert—

Thank you for your correspondence of earlier tonight.  While I appreciate the willingness of you and your clients to avoid protracted litigation in which, as indicated in my letter of January 3, 2020, we strongly believe the State will prevail, I want to make sure that there are no misunderstandings about either my letter or what the Secretary is willing to do once the pending cases have been dismissed.  The letter was not a settlement offer, as you characterize it, but simply a statement that my client was not able to sit down and discuss the issues raised by your clients while there was active litigation by your clients against my client and other state officials.  As a result, unless and until your clients met the condition precedent of dismissing all pending cases against state officials, my client would not be able to sit down and discuss the data analysis included in your clients' complaints, including showing how both the underlying data and the accompanying analysis are flawed.

As your clients have now indicated an intent to dismiss the pending cases, my client's offer to voluntarily sit down and discuss, as stated in my letter of January 3, 2020, "as much information with you as we can" outside of the context of ongoing litigation can proceed following your clients' voluntary dismissal of the identified litigation.  We cannot agree to provide you access to information that is required by law to remain confidential, but that information should not be necessary to complete the type of discussion contemplated in the prior conversation with Ryan Germany comparing the information relied upon by your experts with the information utilized in the conduct of Georgia's electoral process.  While your letter does not specifically state that your clients desire access to confidential information, I wanted to make clear that the Secretary cannot agree to such a request if that was contemplated in your stated intention to dismiss the litigation to complete the Secretary's condition precedent to voluntarily sitting down with you outside the threat of ongoing litigation.

Once your client has voluntarily dismissed the litigation identified in your letter, you can work through Russell Willard and Charlene McGowan in the Attorney General's office to set up a meeting with the Secretary's office.  Once the litigation is dismissed, my appointment as a Special Assistant Attorney General will conclude.  I look forward to receiving confirmation of the dismissal of the identified litigation. Otherwise, we stand ready to proceed with the scheduled hearing and trial on Friday.

Chris Anulewicz

Sent from my iPhone



Christopher S. Anulewicz, Partner, Balch & Bingham LLP
30 Ivan Allen Jr. Boulevard, N.W. • Suite 700 • Atlanta, GA 30308-3036
t: (404) 962-3562   f: (866) 320-6758   e: canulewicz@balch.com
**www.balch.com**

On Jan 6, 2021, at 9:36 PM, Kurt Hilbert <khilbert@hilbertlaw.com> wrote:

 **[External Email] Please use caution.**

General Carr and Chris-

Please see the attached acceptance letter of your settlement terms from Sunday.

Have a pleasant evening. I look forward to coordinating promptly as per the letter attached.

Kurt R. Hilbert, Esq.
Managing Member

<image001.png>

**THE HILBERT LAW FIRM, LLC**
Mailing Address:
205 Norcross Street
Roswell, GA 30075
T: 770-551-9310
F: 770-551-9311
khilbert@hilbertlaw.com
www.hilbertlaw.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.  YOU HAVE CONTACTED A DEBT COLLECTOR AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSES UNDER FEDERAL LAW.

THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  Pursuant to the above rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or rely on in any way the contents of this email and its attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.  This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is confidential and may be legally privileged.

CONFIDENTIALITY:  This email and any attachments may be confidential and/or privileged and are therefore protected against copying, use, disclosure or distribution.  If you are not the intended recipient, please notify us immediately by replying to the sender and double deleting this copy and the reply from your system.